# STATE OF VERMONT
## SUPERIOR COURT - ENVIRONMENTAL DIVISION

|  |  |  |
|---|---|---|
| | } | |
| **In re Quesnel Waiver Appeal** | } | **Docket No 150-10-110 Vtec** |
| **(After Remand)** | } | |

## V.R.C.P 58 Judgment Order

For the reasons detailed in the Decision on the Merits that accompanies this Judgment Order, we conclude that Randall and Jean Quesnel, the owners of property at 34 Creek Road in the Town of Salisbury, Vermont, are entitled to a waiver of the front yard setback pursuant to Section 3.7 of the Town of Salisbury Unified Development Regulations. The grant of this waiver authorizes a small porch on the front of the Quesnels' rebuilt, pre-existing, non-conforming, residential house to encroach farther into the front yard setback than their house presently does.

This completes the current proceedings before this Court.

Done at Berlin, Vermont this 2nd day of July, 2012.

_____
Thomas G. Walsh,
Environmental Judge